JS-6

David M. Huff (State Bar No. 161607)
dhuff@ohslegal.com
Stan M. Barankiewicz II, Esq. (State Bar No. 204513)
sbarankiewicz@ohslegal.com
**ORBACH, HUFF & SUAREZ LLP**
1901 Avenue of the Stars, Suite 575
Los Angeles, California 90067-6007
Telephone:  (310) 788-9200
Facsimile: (310) 788-9210

Attorneys for Plaintiff
COMPTON UNIFIED SCHOOL DISTRICT

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COMPTON UNIFIED SCHOOL DISTRICT, a California Public School District,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SCG CAPITAL CORPORATION, a Connecticut corporation; and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | CASE NO.  CV 13-1932-GW(AJWx)<br><br>**ORDER RE NOTICE OF STIPULATION TO DISMISS**<br><br>**The Honorable George H. Wu [Courtroom 10]** |

1

# ORDER

**PLEASE TAKE NOTICE** that the above-captioned action entitled *Compton Unified School District v. SCG Capital Corporation*, Case No. CV 13-1932-GW(AJW) is hereby dismissed, with prejudice, with each Party to bear its own costs and attorney fees.  Further, the hearing date for the Motion to Dismiss currently set for July 25, 2013, the Scheduling Conference, currently set for July 25, 2013, and the Motion to Remand and Motion to Enjoin currently set for July 25, 2013 shall be vacated and no appearance will be required.

Dated:  July 29, 2013 _____
Honorable George H. Wu,
Judge of the United States District Court